**Bridget A. Brine**
US Bankruptcy Trustee

2009 London Road
Suite 100
Duluth, Minnesota 55812

Telephone: (218) 724-3370
Facsimile: (866) 206-0366
bbrine@brinelaw.com

RECEIVED
11 JUL 11 AM 9:38
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

July 8, 2011

US Bankruptcy Court
301 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    RE:    HILDE, MARK WAYNE and HILDE, LINDA SUSAN
           Bankruptcy Case No. 07-41720

Dear Sir or Madam:

Enclosed please find check #117 for $20.84 for the unclaimed dividend for Miller Environmental, a creditor that filed proof of claim #8. The last known address for this creditor is 11040 – 183rd Circle NW, Suite AA, Elk River, MN 55330. I have used reasonable efforts to locate this creditor without success.

Sincerely,

Bridget A. Brine

Enclosure